# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD CONKLIN,** | ) |
| Plaintiff, | ) CIVIL ACTION NO. **23-1987** |
| v. | ) |
| **ALLEGHENY COUNTY,** | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 20th day of March, 2025, in accordance with the memorandum opinion, it is hereby ORDERED that the motion to dismiss (ECF No. 23) filed by defendant Allegheny County is granted. The Second Amended Complaint (ECF No. 19) filed by plaintiff Gerald Conklin is dismissed with prejudice. The court adopts the R&R (ECF No. 33) as the opinion of the court, as supplemented by the memorandum opinion. The clerk shall docket this case closed.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE